AO 470 (8/85) Order of Temporary Detention

# United States District Court

EASTERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA

### V.

Anthony Pipitone
_____
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 09 CL 672 (NGG)

Upon motion of the _____ deft _____ , it is ORDERED that a

detention hearing is set for _____ 10/15/09 _____ * at _____ 11 AM _____
                                    Date                                    Time

before _____ duty magistrate _____
                    Name of Judicial Officer

BROOKLYN, NEW YORK
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____          ) and produced for the hearing.
          Other Custodial Official

_____ (9-) 7, 2009 _____          s/Marilyn D. Go, USMJ
                    Date

                                        _____
                                        Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

☆ US GPO: 2001-610-716/50044