# Exhibit B

**X-Treme Ready Mix Inc.**

**178-01 Liberty Avenue**

**Jamaica, NY 11433**

**(718) 739-3380**

March 15, 2016

To Whom It May Concern:

Please accept my letter of recommendation for Anthony Pipitone. Anthony worked for my company for 3 years as a foreman at job sites. I always found Anthony to be consistent, reliable, punctual, hardworking, and loyal to me and our company.

I highly recommend Anthony to any company. He is well organized, dependable, trustworthy, and always brings a positive attitude to his work. Anthony works well in a team environment or independently. He is well liked by everyone.

Anthony would be an asset to any employer and I whole-heartedly recommend him for any endeavor he chooses to pursue.

Feel free to contact me if you have any questions.

Sincerely

Damiano Zummo
Vice-President